1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PURKEY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXTRA SPACE STORAGE INC., a Maryland corporation; EXTRA SPACE MANAGEMENT, INC., a Utah corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV11-01697 SVW (Ex)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION<br><br>Judge: Hon. Stephen V. Wilson<br>Ctrm.: 6<br><br>Complaint Filed: January 25, 2011 |

1     GOOD CAUSE APPEARING, it is hereby ORDERED, ADJUDGED, AND
2 DECREED that all parties to this action shall obey the provisions of the Stipulation
3 Regarding Protective Order Regarding Production of Confidential Information,
4 entered into by the parties and filed with the Court on July 7, 2011.

**IT IS SO ORDERED.**

DATED: July 8, 2011

                                    Honorable Charles F. Eick
                                    United States Magistrate Judge