FILED
CLERK U.S. DISTRICT COURT

OCT - 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PURKEY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXTRA SPACE STORAGE INC., a Maryland corporation; EXTRA SPACE MANAGEMENT, INC., a Utah corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV11-01697 SVW (Ex)<br><br>[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE<br><br>Judge: Hon. Stephen V. Wilson<br>Ctrm.: 6<br><br>Complaint Filed: January 25, 2011 |

1  Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed
2  on September 30, 2011, and for good cause shown, this case is DISMISSED
3  WITH PREJUDICE.

4

5  **IT IS SO ORDERED.**

6

7  Dated: October 5, 2011

   Honorable ~~Steven V. Wilson~~
   United States District Judge
   **STEPHEN V. WILSON**

---

13800621v.1

1

[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE
CASE NO. CV11-01697 SVW (Ex)